UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2012 NOV 27  PM 4: 04

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MARIBEL SANCHEZ-PEREZ,

        Defendant.

CASE NO. 12CR4461-WQH

BY _____ DEPUTY

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

21:952 and 960 - IMPORTATION OF COCAINE (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 27, 2012

Nita L. Stormes
U.S. Magistrate Judge